JAMES W. HINE, Suing for Himself and Others, Appellant, *v.* WILLIAM H. LAUSTERER, as Executor of WILLIAM J. LAUSTERER, Deceased, et al., Respondents.

(Argued June 3, 1931; decided July 15, 1931.)

*Charles Van Voorhis, Frank H. Mott, Frank Keiper* and *Leslie E. Briggs* for appellant.

*John S. Leonard* and *Charles F. Blair* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.